1444

# DISCIPLINARY DOCKET

**DD–100.  Mahoning Cty. Bar Assn. v. Alexander.**

On February 18, 1997, relator, Mahoning County Bar Association, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent, George M. Alexander, to appear and show cause why he should not be found in contempt of this court.  Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and is, hereby granted to the extent that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why he should not be found in contempt.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

**96–2434.  Dayton Bar Assn. v. Marzocco.**

On October 31, 1996, the Board of Commissioners on Grievances and Discipline filed its Findings of Fact, Conclusions of Law and Recommendation, regarding respondent, Ralph L. Marzocco, a.k.a. Ralph Louis Marzocco.  On November 25, 1996, respondent filed his objections and brief in support. On March 21, 1997, relator filed a motion to strike respondent's objections.  Respondent filed a memo opposing the motion to strike on March 25, 1997.  Upon consideration thereof,

IT IS ORDERED by the court that the motion to strike be, and is, hereby, denied.

MOYER, C.J., dissents.

IT IS FURTHER ORDERED by the court, *sua sponte*, that relator may file its answer brief on or before April 10, 1997.